AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-MJ-00404-CLP |
| AWAWDEH ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TIMOTHY MCCORMACK

Date: 10/09/2024

/s/
*Attorney's signature*

JEFFREY P. CHARTIER / JPC9318
*Printed name and bar number*
Law Office of Jeffrey P. Chartier
2027 Williamsbridge Road, 3rd Fl
Bronx, New York 10461

*Address*

jpcesq@hotmail.com
*E-mail address*

(718) 892-8588
*Telephone number*

(718) 518-0674
*FAX number*