
|  | U.S. Department of Justice |
|---|---|
|  | *United States Attorney*<br>*Eastern District of New York* |
| FR:MJC<br>F. #2024R00288 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

February 24, 2025

By ECF
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Timothy McCormack
                   Criminal Docket No. 24-490 (LDH)

Dear Judge DeArcy Hall:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Timothy McCormack, has agreed to in connection with his guilty plea before the Honorable James R. Cho on January 16, 2025, accepted by Your Honor on February 19, 2025. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

                                      Respectfully submitted,

                                      JOHN J DURHAM
                                      United States Attorney

                      By:   /s/ Michael J. Castiglione
                                      Michael J. Castiglione
                                      Assistant U.S. Attorney
                                      (718) 254-7533

Encl.: Order of Forfeiture
cc:     Counsel of Record (by ECF)