# LAW OFFICES OF JEFFREY P. CHARTIER

2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 ● Fax (718) 518-0674

June 18, 2025

**VIA ECF**

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***USA v. Timothy McCormack***
1:24-cr-00490-LDH-JRC-1
Travel Request

Dear Judge DeArcy Hall:

I am the attorney representing Timothy McCormack in the above-captioned case.

My client respectfully requests permission to travel to New Hampshire with his family for vacation from Saturday, July 5, 2025, to Thursday, July 10, 2025. If granted, Mr. McCormack will drive with his sister to New Hampshire on July 5, 2025, and stay at 6 Oakridge Road, Madison, NH 03849. He will return from Portland, Maine Airport to New York LaGuardia on July 10, 2025.

The Government and Pretrial Services have indicated no objection to this request. Thank you very much for your consideration and time.

Respectfully submitted,

/s/ Jeffrey P. Chartier (JPC9318)
JEFFREY P. CHARTIER, ESQ.

JPC/cs

Attachment

1

cc: AUSA David Berman, Via ECF
    USPSO Kadian Hammond, via Kadian_Hammond@nyept.uscourts.gov